UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CRUZ STEVEN WALKER,

Plaintiff,

v.

RYAN L. FERREL,

Defendant.

CASE NO. 3:26-CV-5009-TL-DWC

REPORT AND RECOMMENDATION

Noting Date: April 21, 2026

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Cruz Steven Walker, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on January 5, 2026. *See* Dkt. 1. After consideration of the record, the Court recommends this case be dismissed without prejudice for failure to respond to a Court order and for failure to state a claim upon which relief can be granted.

In the Complaint, Plaintiff, an inmate housed at the Kitsap County Jail ("the Jail"), alleges a corrections officer at the Jail harassed and bullied him. Dkt. 7. On February 2, 2026, the Court found Plaintiff failed to state a claim upon which relief could be granted. Dkt. 8. The Court

REPORT AND RECOMMENDATION - 1

directed Plaintiff to show cause why the Complaint should not be dismissed. *Id*. The Court warned Plaintiff that failure to respond to Court's Order on or before March 4, 2026 would result in a recommendation that this case be dismissed. *Id*.

Plaintiff has failed to comply with the Court's Order. He has not filed a response to the Order. Further, as discussed in the Order, Plaintiff has failed to state a claim upon which relief can be granted. *See* Dkt. 8. Accordingly, the Court recommends this case be dismissed without prejudice for failure to follow a Court order and failure to state a claim.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **April 21, 2026**.

Dated this 31st day of March, 2026.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2