UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CRUZ STEVEN WALKER,

Plaintiff,

v.

RYAN L. FERREL,

Defendant.

CASE NO. 3:26-cv-05009-TL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation of Magistrate Judge David W. Christel (Dkt. No. 10) and the remaining record. On April 13, 2026, the Postal Service returned the Report and Recommendation to the Court as undeliverable. Dkt. No. 11. The phrase "RETURN TO SENDER / NOT IN JAIL" was stamped on the envelope. Under Local Civil Rule 41(b)(2), "A party proceeding pro se shall keep the court and opposing parties advised as to his or her current mailing address and, if electronically filing or receiving notices electronically, his or her current email address." *See also* LCR 10(f) (noting Party's responsibility to keep Court apprised of their current mailing address); *Morales v. Johnson*, No. C21-9635, 2024 WL 1809456, at *1 (C.D. Cal. Apr. 24, 2024) (accepting findings and recommendation of report and recommendation after it was returned with a note indicating "Return to Sender, Inmate Out").

It is hereby ORDERED:

ORDER ADOPTING REPORT AND RECOMMENDATION – 1

(1)    The Court adopts the Report and Recommendation.

(2)    This case is dismissed without prejudice as Plaintiff has failed to state a claim and failed to respond to a Court Order.

(3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 22nd day of April, 2026.

_____
TANA LIN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION – 2